

# NUMBER 13-22-00353-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE INTEREST OF B.P. JR., A CHILD.

---

### On appeal from the County Court at Law No. 5
### of Nueces County, Texas.

---

# ORDER

### Before Justices Longoria, Hinojosa, and Silva
### Order Per Curiam

This appeal arises from the trial court's termination of mother G.G.'s and father B.P.'s parental rights over B.P., JR., minor child.[1] On September 15, 2022, Appellant B.P. filed his first motion for extension of time to file appellant's brief in this cause,

---

[1] We refer to appellant and the child by their initials in accordance with the rules of appellate procedure. *See* TEX. R. APP. P. 9.8(b)(2).

requesting a twenty-day extension to file his brief on October 5, 2022, instead of on September 15, 2022, his original deadline. On September 16, 2022, we granted Appellant B.P.'s motion and extended his deadline to file his brief to October 5, 2022. On October 5, 2022, Appellant B.P. filed his second motion of extension of time to file appellant's brief. Citing the need for additional time to adequately prepare his brief, Appellant B.P. requested a five-day extension to file his brief on October 10, 2022.

We are bound by the Texas Rules of Appellate Procedure in parental termination cases. Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2(a). Because these appeals involve fundamental rights that necessitate expedited consideration, this Court requires strict adherence to the deadlines provided by the appellate rules and looks with disfavor upon the delays caused by requests for extensions of time.

In light of the foregoing, we grant Appellant B.P.'s motion for extension of time to file appellant's brief. The Court will extend his deadline to file appellant's brief to October 11, 2022.

No further motions for extension of time will be entertained.

PER CURIAM

Delivered and filed on the
6th day of October, 2022.

2